| | | |
|---|---|---|
| IN THE MATTER OF: | ) | IN CHAPTER 7 |
| | ) | |
| JOHN ROBERT ROEHLK | ) | NO. 17 B 32596 |
| | ) | |
| Debtor(s). | ) | JUDGE: Honorable A. Benjamin Goldgar |

STATE OF ILLINOIS   )
                    ) SS
COUNTY OF COOK      )

## AFFIDAVIT

We, JOSEPH E. COHEN and GINA B. KROL, do hereby make solemn oath:

1. We are attorneys and counselors at law, duly admitted to practice in the State of Illinois and in this Court.

2. We maintain an office for the practice of law at 105 W. Madison Street, Suite 1100, Chicago, Illinois, 60602.

3. We have no connection with the above-named Debtor, its creditors, or any other parties in interest herein.

4. We represent no interest adverse to the Debtor, as Debtor-in-Possession herein, or its estate in the matters upon which we are to be engaged.

5. To the best of our knowledge, JOSEPH E. COHEN and GINA B. KROL of the firm of COHEN & KROL, have no connection with any Debtor, any creditor, any other party in interest including their respective attorneys and accountants, the United States Trustee or any person employed in the Office of the U. S. Trustee, except that JOSEPH E. COHEN and GINA B. KROL are currently active members of the U.S. Trustee's Panel.

6. The current billing rates are as follows: Gina B. Krol - $520.00 per hour and Joseph E. Cohen - $520.00 per hour.

Date: December 11, 2018

_____    _____
JOSEPH E. COHEN                     GINA B. KROL